# Court of Appeals
# of the State of Georgia

ATLANTA,___June 20, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14A1584. ANGELA M. BROWN v. JEROME F. D'ANNA et al.**

Plaintiff Angela Brown has filed a direct appeal from the denial of her motion to set aside an award of attorney fees. Her notice of appeal specifically notes that the motion to set aside was filed "pursuant to OCGA § 9-11-60 (d) (3)." We lack jurisdiction.

An appeal from the denial of a motion to set aside under OCGA § 9-11-60 (d) must be taken by application for discretionary appeal. OCGA § 5-6-35 (a) (8); see *MMT Enterprises, Inc. v. Cullars*, 218 Ga. App. 559, 561 (2) (462 SE2d 771) (1995). Brown's failure to comply with the discretionary appeal procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*_06/20/2014_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*